# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIE PETITTI; AND PAUL PAWLIK, INDIVIDUALS,

Appellants,

vs.

RULIAN WU, ALSO REFERRED TO AS, WU RULIAN; AND CITY OF LAS VEGAS, CLARK COUNTY,

Respondents.

No. 80827

FILED

JUL 01 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

RULIAN WU, ALSO REFERRED TO AS, WU RULIAN,

Appellant,

vs.

MARIE PETITTI; AND PAUL U. PAWLIK,

Respondents.

No. 81280

## ORDER DISMISSING APPEAL

Docket No. 80827 is an appeal from a district court order entering judgment in an action relating to the foreclosure of real property. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

This court previously entered an order directing appellants in Docket No. 80827 to show cause why the appeal should not be dismissed for lack of jurisdiction. It appeared that the claims in the third-party complaint asserted against Golden River Investments, LLC, and the cross-claims against the City of Las Vegas remained pending in the district court. Appellants have filed a response. In addition, respondent Rulian Wu has filed a motion to dismiss the appeal on the basis that the challenged order

20-24475

is not a final judgment or an otherwise appealable order. Appellants oppose the motion.

The order challenged in Docket No. 80827 expressly withholds judgment on the cross-claim "until further notice." Thus, the order is not a final judgment appealable under NRAP 3A(b)(1) because it does not resolve all of the claims pending in the action. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). To date, it appears that the cross-claim remains pending in the district court. And no other statute or court rule appears to authorize an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and dismisses the appeal in Docket No. 80827. Given this dismissal, The motion to dismiss is denied as moot. Further, the June 23, 2020, motions to consolidate these appeals are denied.

It is so ORDERED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Jacqueline M. Bluth, District Judge
Charles K. Hauser, Settlement Judge
Walsh, Baker & Rosevear, P.C.
Las Vegas City Attorney
Brennan Legal Counsel Group, PLLC
Eighth District Court Clerk

